UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
HANANIA DAHAN,

                Petitioner,

  -against-

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,
BUREAU OF IMMIGRATION AND CUSTOMS
ENFORCEMENT, U.S. DEPARTMENT OF
HOMELAND SECURITY

                Respondents.
-------------------------------------------------------------- X

06 CV 1415 (ARR)

NOT FOR ELECTRONIC
OR PRINT
PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

    The instant petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenges petitioner Hanania Dahan's detention and order of removal from the United States. Pursuant to the Real ID Act of 2005, Pub. L. No. 109-13, § 106, 119 Stat. 231, "a petition for review filed with an appropriate court of appeals in accordance with this section shall be the sole and exclusive means for judicial review of an order of removal entered or issued under any provision of this chapter, except as provided in subsection (e) of this section." 8 U.S.C. § 1252(a)(5) (2005). The appropriate judicial circuit is the one in which the immigration judge completed proceedings. 8 U.S.C. § 1252(b)(2). Petitioner's proceedings were completed in New Jersey. Accordingly, this Court cannot hear the instant action and transfers it to the United States Court of Appeals for the Third Circuit, as a Petition for Review, pursuant to § 106 of the Real ID Act of 2005. The Clerk of the Court shall transfer this matter to the Third Circuit and close this case.

    SO ORDERED.

                                                Allyne R. Ross
                                               United States District Judge

Dated: March 28, 2006
       Brooklyn, New York

**SERVICE LIST:**

    ***Pro Se* Petitioner:**
    Hanania Dahan
    A029825567
    FCI Fort Dix
    P.O. Box 2000
    Fort Dix, NJ 08640

    Bella Dahan
    Hanania Dahan
    11325 Seaview Avenue
    Apt. 3G
    Brooklyn, NY 11239